| | | |
|---|---|---|
| In re: | ) | CASE NO: 11-41194-399    Chapter 13 |
| | ) | |
| ALONZO BUFORD DAVIS JR | ) | Re: Objection to Claim 7-1  filed by |
| | ) | US BANK HOME MORTGAGE |
| | ) | Acct: |
| Debtor(s) | ) | Amount: $  302,000.00 |
| | ) | Response Due: Jun 17, 2011 |

### TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 7-1

COMES NOW  John V. LaBarge, Jr., Standing Chapter 13 Trustee  in bankruptcy, and for his objection to claim states as follows:
The claim of US BANK HOME MORTGAGE        dated May 24, 2011 SHOULD BE DENIED AS FILED BECAUSE THE CLAIM IS AMBIGUOUS AS TO AMOUNT.  ADDITIONALLY, THE CLAIM IS NOT ACCOMPANIED BY THE NOTE AND THE RECORDED DEED OF TRUST, AND THERE IS NO STATEMENT OF ACCOUNT ITEMIZING $20,000 IN ARREARAGE.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of  the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within  21 days of the date of this notice.  If no responsive pleading is  filed, the objection may be sustained and the claim disallowed  or  modified without further notice to any party upon submission of an  order  from the Trustee.  If a response is filed, this matter  will  be  set  for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or  by ordinary mail, postage pre-paid, on this day of May 27, 2011   .

|  |  |  |
|---|---|---|
| | | /s/ John V. LaBarge, Jr. |
| THE BANKRUPTCY CO | | John V LaBarge Jr |
| 1600 S BRENTWOOD | | Chapter 13 Trustee  trust33@ch13stl.com |
| STE 725 | JS | P.O. Box 430908 |
| BRENTWOOD MO | | St. Louis, MO 63143 |
| 63144 | | (314) 781-8100  Fax:(314) 781-8881 |
| | | |
| A DAVIS JR | | |
| 814 FRANCIS PLACE | | |
| | JS | |
| SAINT LOUIS MO | | |
| 63105 | | |
| | | |
| US BANK HOME MORTGAGE | | |
| 4801 FREDERICA ST | | |
| | JS | |
| OWENSBORO KY | 42301 | JS -159 |